Susan Kumagai
Cal. Bar No. 127667
skumagai@lkclaw.com
Rebecca K. Kimura
Cal. Bar No. 220420
rkimura@lkclaw.com
LAFAYETTE & KUMAGAI LLP
100 Spear Street, Suite 600
San Francisco, California 94105
T: 415-357-4600 | F: 415- 357-4605

Stephen L. Scott (*pro hac vice*)
Ala. Bar No. ASB-7280-O62S
sls@kullmanlaw.com
F. Daniel Wood Jr. (*pro hac vice*)
Ala. Bar No. ASB-6822-D65F
fdw@kullmanlaw.com
THE KULLMAN FIRM
600 University Park Place, Suite 340
Birmingham, Alabama 35209
T: 205-871-5858 | F: 205-871-5874

Attorneys for Defendant, Computer Sciences Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FRED NAZIF, an individual, ) | Case No. C13-05498 EMC |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PR~~OPO~~SED]** |
| ) | **ORDER ALLOWING COUNSEL FOR** |
| v. ) | **DEFENDANT TO APPEAR AT** |
| ) | **STATUS CONFERENCE BY PHONE** |
| COMPUTER SCIENCES ) | |
| CORPORATION, a Nevada Corporation, ) | **28 U.S.C. §§ 1332, 1441** |
| and DOES 1-50, inclusive, ) | |
| ) | Complaint Filed:  October 25, 2013 |
| Defendants. ) | |

This stipulation is entered into by Christopher LeClerc on behalf of Fred Nazif ("Plaintiff") and F. Daniel Wood Jr. on behalf of Computer Sciences Corporation ("Defendant").

1

1  The parties hereby stipulate as follows:

2      WHEREAS Plaintiff's counsel Chris LeClerc will appear at the Status Conference

3  February 19, 2015 for Plaintiff;

4      WHEREAS Defendant's counsel Rebecca Kimura will appear at the Status Conference

5  for Defendant; and

6      WHEREAS Defendant's lead counsel, admitted pro hac vice, reside out-of-state (in

7  Alabama) and request leave of Court to appear for Defendant at the Status Conference via

8  telephone.

9      It is therefore stipulated and agreed as follows:

10      1.    That Defendant requests, and Plaintiff consents to, leave for Defendant's counsel,

11  admitted pro hac vice, to appear for Defendant at the Status Conference via telephone; and

12      2.    Defendant's counsel, admitted pro hac vice, may be reached for the Conference at

13  205-871-5858.

14      In accordance with Northern District of California General Order 45, the filer of this

15  document hereby attests that concurrence in the filing of this document has been obtained from

16  the other signatory hereto.

17      IT IS SO STIPULATED:

18      DATED February 5, 2015    **Le Clerc & Le Clerc LLP**

19  

20      By: */s/ Christopher R. LeClerc*
    Christopher R. LeClerc, Esq.
    Attorney for Plaintiff, Fred Nazif

21      DATED February 5, 2015    **The Kullman Firm**

22      By: */s/ F. Daniel Wood Jr.*

23      F. Daniel Wood Jr. (*pro hac vice*)

24      Attorneys for Defendant,
25      Computer Sciences Corporation

26

27

28

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.    Court to call counsel.

DATE:    2/6/15

_____
United States District Judge
Edward M. Chen



3

*STIPULATION AND [PROPOSED] ORDER ALLOWING COUNSEL FOR DEFENDANT TO APPEAR AT STATUS CONFERENCE BY PHONE*
NAZIF V. COMPUTER SCIENCES CORPORATION (N.D. CAL., CASE NUMBER C13-05498 EMC)