**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRED NAZIF, an individual

        Plaintiff,

v.

COMPUTER SCIENCES CORPORATION, a
Nevada Corporation, and DOES 1-50,
inclusive,

        Defendants.

_____/

No. C-13-5498 EMC

**WITHDRAWAL OF ORDER OF
REFERENCE**

      This Court's order of reference, filed May 5, 2015, is withdrawn.  Docket No. 92.  The Court

will issue an Order on the pending motions to seal in due course.

      IT IS SO ORDERED.


Dated:  May 6, 2015

_____
EDWARD M. CHEN
United States District Judge