UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRED NAZIF,     No. C-13-5498 EMC

        Plaintiff,

**JUDGMENT IN A CIVIL CASE**

        v.

COMPUTER SCIENCES CORPORATION,

        Defendant.
_____/

    **( )**  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)**  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS SO ORDERED AND ADJUDGED that Judgment is entered in accordance with the **ORDER (1) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; (2) DENYING AS MOOT PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT; AND (3) DENYING AS MOOT PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS filed on June 17, 2015.**

Dated: June 17, 2015

_____
EDWARD M. CHEN
United States District Judge